*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge



Dated: 8/17/2017

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | } | Case No 3:14-bk-06370 |
| MARCIA LORRAINE WASHINGTON | } | |
| 630 HICKORY CLUB DRIVE | } | Chapter 13 |
| ANTIOCH, TN 37013 | } | |
| SSN: xxx-xx-7355 | } | Judge Randal S. Mashburn |
| Debtor | } | |

**EXPEDITED ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO MODIFY PLAN TO UTILIZE INSURANCE PROCEEDS**

This matter came before the Court on August 16, 2017, on the Debtor's Expedited Motion to Modify Plan to Utilize Insurance Proceeds. There being no opposition at the call of the docket, it is hereby ORDERED as follows:

1. The Debtor shall be permitted to modify her plan to utilize insurance proceeds as a result of a total loss to the Debtor's 2014 Nissan Altima Sedan.

2. The Debtor shall be permitted to utilize the insurance proceeds to purchase a substitute automobile upon which Inland Bank/Insolve Auto Funding shall be permitted to perfect the first lien on the certificate of title.

3. Upon entry of this order, the lien holder, Inland Bank/Insolve Auto Funding shall be required to provide guarantee of title to the insurance company, AAA Insurance.

4. Upon entry of this order, the insurance company, AAA Insurance, shall issue a check in the amount of the proceeds payable to Inland Bank/Insolve Auto Funding which shall be used solely to purchase a substitute vehicle.

5. Inland Bank/Insolve Auto Funding shall have the right to either approve or reject the substitute vehicle within three (3) days of the presentment of a buyers order, after which time the vehicle shall be deemed approved

6. Any excess funds not utilized to purchase a substitute vehicle shall be forwarded to the Trustee to pay down the secured claim of Inland Bank/Insolve Auto Funding.

7. No other terms of the plan shall be modified by this order.

8. Flexer Law shall apply for additional fees by separate application to be added to the Debtor's Chapter 13 plan for time expended in connection with this matter.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ James A. Flexer
JAMES A. FLEXER, BPR #9447
Attorney for Debtor
1900 Church Street, Suite 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242 8849
cm-ecf@jamesflexerconsumerlaw.com

# CERTIFICATE OF SERVICE

I certify that, on August 17, 2017, I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203-0019 | Electronic |
| Sam Crocker, U.S. Trustee<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| MARCIA LORRAINE WASHINGTON<br>630 HICKORY CLUB DRIVE<br>ANTIOCH, TN 37013 | U.S. Mail First Class |
| AAA<br>Attn: Claim #: 400829984<br>25510 West 11 Mile Road<br>Southfield, MI 48034 | U.S. Mail First Class<br>Fax: 800-909-4074 |
| Inland Bank/Insolve Auto Funding<br>C/O Capital Recovery Group<br>Po Box 64090<br>Tucson, AZ 85728-4090 | U.S. Mail First Class<br>Email: servicing@insolvefunding.com |

5 notices have been served. I have mailed 3 notices, faxed 1 notice, and emailed 1 notice.

　　　　　　　　　　　　　　　　　　　　　_____/s/ James A. Flexer_____

*James A. Flexer*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.